IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES M. BOYD,

    Applicant,

v.                                                                                                        No. 13-cv-0331 JAP/SMV

TROY JONES,

    Respondent.

## ORDER TO CURE DEFICIENCY AND DIRECTING CLERK TO MAIL CERTAIN DOCUMENTS

Applicant submitted an application for writ of habeas corpus. The Court determines that Applicant's filing is deficient; specifically, the $5.00 filing fee has not been paid and Applicant has not filed an in forma pauperis application. Any papers that Applicant files in response to this order must include the civil cause number (13-cv-0331 JP/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from entry of this order may result in dismissal of this proceeding without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Applicant cure the deficiencies designated above within thirty (30) days from entry of this order; and the Clerk is directed to mail to Applicant, together with a copy of this order, an Application to Proceed Without Prepaying Fees or Costs.

**IT IS SO ORDERED**.

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**