IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES M. BOYD,

    Petitiner,

v.                                      No. 13-cv-0331 JAP/SMV

TROY JONES,

    Respondent.

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

THIS MATTER is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) [Doc. 7]. The Court, being fully advised in the premises, FINDS that the Motion to be well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) [Doc. 7] is hereby **GRANTED** and that Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
  **STEPHAN M. VIDMAR**
  **United States Magistrate Judge**